# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER: **08 C 1154**

V.

ASSIGNED JUDGE:

MODERN CONSTRUCTION INC.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

MODERN CONSTRUCTION INC.
c/o JULIO C. HERNANDEZ, REGISTERED AGENT
2005 CROSSWIND DR.
PLAINFIELD, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**February 26, 2008**
_____
Date

| | | |
|---|---|---|
| **ClientCaseID:** N7619/DPM<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 3/17/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08C1154**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Modern Construction Inc.**
PERSON SERVED **JULIA HERNANDEZ (REGISTERED AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/2/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE   **Race** HISPANIC   **Age** 40
**Height** 6'0"   **Build** MEDIUM   **Hair** BROWN

LOCATION OF SERVICE   **2005 Crosswind Drive**
**Plainfield, IL, 60544**

Date Of Service   3/2/08        Time of Service   12:00 PM

MICHAEL P. FEEHAN                                3/3/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit B

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>MODERN CONSTRUCTION, INC.<br><br>           Defendant. | Case No. 08 C 1154<br><br>Judge Kendall |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.  I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.  The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.  Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.  Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.     The Defendant submitted the contribution reports for the period October 2006 but did not pay the contributions. The reports show that $9,557.10 is owed in ERISA contributions.

6.     Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $1,911.42 for the period October 2006.

7.     The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $1,035.10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:        May 1, 2008

Signature:   *[signature]*

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 14, 2008

### Employer Information

| | | |
|---|---|---|
| **File Number** | 23993 | |
| **Name** | MODERN CONSTRUCTION INC | Page Number 1 of 3 |
| **Address** | 2005 CROSSWIND DRIVE | Reference Number: 8-39 |
| **City, State** | PLAINFIELD, IL. 60544-0000 | Date Printed: 03/14/2008 |
| **Telephone** | | |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| October, 2006 | $ 9,557.10 | $ 2,752.64 | $ 1,035.10 | $ 13,344.84 |
| **Grand Total (3)** | **$ 9,557.10** | **$ 1,911.42** | **$ 1,035.10** | **$ 12,503.62** |

(1) See Attached Computation
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation
**Total Amount Due : $ 12,503.62 If Paid by March 14, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 14, 2008

**Employer Information**

| | |
|---|---|
| File Number 23993 | |
| Name        MODERN CONSTRUCTION INC | Page Number 2 of 3 |
| Address     2005 CROSSWIND DRIVE | Reference Number: 8-39 |
| City, State PLAINFIELD, IL. 60544-0000 | Date Computed: 03/14/2008 |
| Telephone | |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| October, 2006 | $ 9,557.10 | $ 9,557.10 | 17 | $ 2,752.64 | $ 2,752.64 |
| Total (3) | $ 9,557.10 | | | | $ 1,911.42 |

(2) 1.50% Compounded per Month (or portion thereof)

(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through March 14, 2008

| Employer Information | |
|---|---|
| File Number  23993<br>Name        MODERN CONSTRUCTION INC<br>Address     2005 CROSSWIND DRIVE<br>City, State PLAINFIELD, IL. 60544-0000<br>Telephone | Page Number 3 of 3<br>Reference Number:  8-39<br>Date Computed: 03/14/2008 |

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| October, 2006 | $ 9,557.10 | $ 9,557.10 | 11/21/2006 | 03/14/2008 | 480 | $ 1,035.10 | $ 1,035.10 |
| Total | $ 9,557.10 | | | | | | $ 1,035.10 |

(3) Compounded Daily per Internal Revenue Code Section 6621

# Exhibit C

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>MODERN CONSTRUCTION, INC.<br><br>              Defendant. | Case No. 08 C 1154<br><br>Judge Kendall |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5. I have devoted 9.15 hours in connection with the this case at the rate of $175.00 per hour. The total attorney fees billings is $1,601.25.

6.  In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $405.00.

7.  I certify that the attached detailed attorney fees and costs totaling $2,006.25 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: May 1, 2008

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

| 5/5/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 10:14 AM | Slip Listing | Page | 1 |

---

Selection Criteria

Case (hand select)      Include: CTF-C./N7619/23993
Slip.Classification     Open
Case (hand select)      Include: CTF-C./N7619/23993
Slip.Transaction Ty     1 - 1

---

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 353903          TIME<br>2/25/2008<br>Billed         G:73032      3/3/2008<br>Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open file for litigation; review corporate status and registered agent information for legal process. | DPM<br>Billable<br>CTF-C./N7619/23993 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 353906          TIME<br>2/26/2008<br>Billed         G:73032      3/3/2008<br>Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM<br>Billable<br>CTF-C./N7619/23993 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 353907          TIME<br>2/26/2008<br>Billed         G:73032      3/3/2008<br>Prepare the complaint, summons, civil cover sheet and appearance for electronic filing; file the documents. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353908          TIME<br>2/28/2008<br>Billed         G:73032      3/3/2008<br>Review complaint filed at the Federal Court; load information regarding the filing date, case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353909          TIME<br>2/28/2008<br>Billed         G:73032      3/3/2008 | DPM<br>Billable<br>CTF-C./N7619/23993 | 1.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 5/5/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 10:14 AM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | 0.00 | | |
| 354271         TIME<br>3/4/2008<br>Billed         G:73219      4/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Virginia M. Kendall : The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are to proceed with all discovery. Plaintiff shall comply with FRCP(26)(a)(1) by 4/30/2008. Discovery ordered closed by 6/2/2008. Status hearing set for 5/8/2008 at 09:00 AM. The parties are to file a joint status report by 5/05/2008.; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 354557         TIME<br>3/10/2008<br>Billed         G:73219      4/2/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 354559         TIME<br>3/11/2008<br>Billed         G:73219      4/2/2008<br>The Defendant did not file an Answer; draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pusuant to the terms | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| of the trust agreements and Internal Revenue Code, in preparation for the motion for default judgment. | | | | |
| 354560   TIME<br>3/13/2008<br>Billed   G:73219   4/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund as to Modern Construction Inc. on 3/2/2008, answer due 3/24/2008. ; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 355835   TIME<br>4/7/2008<br>Billed   G:73372   5/1/2008<br>Review correspondence from Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding the amounts owed and calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code; download the documents, print and enclose in the file. | DPM<br>Billable<br>CTF-C./N7619/23993 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357277   TIME<br>5/1/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPM<br>Billable<br>CTF-C./N7619/23993 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |
| 357278   TIME<br>5/1/2008<br>WIP<br>Prepare affidavit for James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds in support of the Trust Funds' motion for default judgment; affidavit to support claim | DPM<br>Billable<br>CTF-C./N7619/23993 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 5/5/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 10:14 AM | Slip Listing | Page | 4 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution.

**Grand Total**

| | | | |
|---|---|---|---|
| Billable | 9.15 | 1601.25 |
| Unbillable | 0.00 | 0.00 |
| Total | 9.15 | 1601.25 |

*Handwritten:*

Filing Fee         $ 350.00

Service Fee      $ 55.00

                        $ 2,006.25

**STERN PROCESS & INVESTIGATION, LLC**   Tax ID 04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone (312)-853-2150    Fax (312)-853-3119

**Customer**
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone: (312)-251-9700   Fax: (312)-251-9701

### Invoice#   178753
Date Of Invoice:   3/3/2008

Plaintiff: Trustees of the Regional Council of Carpenters Pension Fund
Court CaseID:   08C1154   Firm#  N7619/DPM   Case Returned Date:  3/17/08
County:   UNITED STATES DISTRICT COURT
Process Server:   MICHAEL P. FEEHAN          ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1 Modern Construction Inc. | Type Of Service: CORPORATE SERVICE |
| --- | --- |
| Person Served: JULIA HERNANDEZ (REGISTERED | Date Of Service: 3/2/2008   Time: 12:00 PM |
| Sex MALE   Age 40   Height 6'0"   Build MEDIUM | Hair Color BROWN   Race HISPANIC |

| Defendant:#2 | Type Of Service: |
| --- | --- |
| Person Served: | Date Of Service:   Time: |
| Sex   Age   Height   Build | Hair Color   Race |

Location   2005 Crosswind Drive, Plainfield, IL, 60544       Type Of Premise:   SINGLE FAMILY HOME

| | | | |
| --- | --- | --- | --- |
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$55.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
PAYABLE UPON RECEIPT, 2% PER MONTH