IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MODERN CONSTRUCTION, INC.<br><br>　　　　　　Defendant. | Case No. 08 C 1154<br>Judge Kendall |

### NOTICE OF MOTION

Julio Hernandez
MODERN CONSTRUCTION, INC.
2005 Crosswind Drive
Plainfield, IL 60544

　　PLEASE TAKE NOTICE that on **Wednesday, May 14, 2008** I shall appear before the Honorable Judge Kendall at approximately 9:00 a.m. in Courtroom 2319 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

　　　　　　　　　　　　TRUSTEES of the CHICAGO REGIONAL
　　　　　　　　　　　　COUNCIL OF CARPENTERS PENSION
　　　　　　　　　　　　FUND, et al.

　　　　　　　　　　　　s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on May 5, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700