# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1154 | **DATE** | 5/14/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND e t al vs. MODERN CONSTRUCTION INC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of default judgment is granted. Judgment is entered in favor of plaintiffs and against defendant in the amount of $14,509.87.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | J'S |
|---|---|---|