IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MODERN CONSTRUCTION, INC.<br><br>Defendant. | Case No. 08 C 1154<br><br>Judge Kendall |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 26, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, MODERN CONSTRUCTION, INC., in the sum of **$14,509.87** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (10/06) | $9,557.10 |
| b) | Interest on ERISA Contributions | $1,035.10 |
| c) | Liquidated Damages (10/06) | $1,911.42 |
| d) | Attorney Fees and Costs | $2,006.25 |
| | **TOTAL** | **$14,509.87** |

ENTERED:

*/s/ Virginia M. Kendall*

VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE

DATED: 5-14-08