## United States District Court for the Northern District of Illinois

Case Number: 08CV1154  Assigned/Issued By: DAJ

Judge Name: KENDALL  Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

**ISSUANCES**

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☑ Citation to Discover Assets  (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_2_ Original and _2_ copies on _06/03/08_ as to _JP MORGAN CHASE_
(Date)
BANK (THIRD PARTY), MODERN CONSTRUCTION INC. NO NOTICES

C:\wpwin80\docket\feeinfo.frm    03/14/05